UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

| | |
|---|---|
| UNITED STATES OF AMERICA, | **CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE** |
| -against- | -CR-   ( ) ( ) |
| MICHAEL LANNI, | 20mj13004 |
| Defendant(s). | |

-------------------------------------------------------------------X

Defendant __Michael Lanni_____ hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or _X_ teleconferencing:

_X_    Initial Appearance Before a Judicial Officer

___    Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___    Bail/Detention Hearing

___    Conference Before a Judicial Officer


_/s/ Michael Lanni_____      _____
Defendant's Signature      Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

 Michael Lanni_____       Jason Ser_____
Print Defendant's Name      Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

 12/7/2020
_____      _Judith C. McCarthy_____
Date      U.S. District Judge/U.S. Magistrate Judge