# DISMISSAL of COMPLAINT or REMOVAL PROCEEDINGS
## United States District Court
## Southern District of New York

Mag. Dkt. No. **20 Mag. 13004**　　　　　　　　　　　Date **January 25, 2024**

USAO No. **2021R00020**

The Government respectfully requests the Court to dismiss without prejudice the

✓ Complaint　　　☐ Removal Proceedings in

*United States v.* **Michael Lanni**

The Complaint/Rule 40 Affidavit was filed on **December 5, 2020**

✓ *U.S. Marshals please withdraw warrant*

　　　　　　　　　　　　　　　　　　　　　**KEVIN SULLIVAN**  Digitally signed by KEVIN SULLIVAN
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Date: 2024.01.25 17:56:31 -05'00'
　　　　　　　　　　　　　　　　　　　　ASSISTANT UNITED STATES ATTORNEY
　　　　　　　　　　　　　　　　　　　　　　(handwritten or digital signature)

　　　　　　　　　　　　　　　　　　　　　**Kevin Sullivan**
　　　　　　　　　　　　　　　　　　　　　(print name if signature handwritten)

**SO ORDERED:**

DATE: **1-28-2024**

　　　　　　　　　　　　　　　　　　　　　*/s/ Judith C. McCarthy*
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE