United States District Court
Southern District of New York

-----------------------------------------------

United States of America,

                -against-                          **ORDER**
                                                        20-mj-13004

Michael Lanni,

                Defendant.

-----------------------------------------------

Upon the dismissal of the criminal complaint and pursuant to Rule 46(g) of the Federal Rules of Criminal Procedure, the bond executed on behalf of Mr. Lanni is ordered exonerated and any posted bail should be released and returned.

SO ORDERED.

Dated: 2-8-2024
White Plains, New York

                                                      _____
                                                      The Honorable Judith C. McCarthy
                                                      United States Magistrate Judge