United States District Court
Southern District of New York
---------------------------------------------------

United States of America,

                -against-                                **AMENDED ORDER**
                                                                  20-mj-13004

Michael Lanni,

                         Defendant.
---------------------------------------------------

Upon the dismissal of the criminal complaint and pursuant to Rule 46(g) of the Federal Rules of Criminal Procedure, the bond executed on behalf of Mr. Lanni is ordered exonerated and any posted bail should be released and returned to Michael Lanni.

SO ORDERED.

Dated: 2-23-2024
White Plains, New York

                                                        _____
                                                     The Honorable Judith C. McCarthy
                                                     United States Magistrate Judge